UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY,<br><br>                                    Plaintiff,<br><br>-vs.-<br><br>THE UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>                                  Defendants. | Docket No. 13-cv-1876(RMC) |

**JOINT STATUS REPORT**

On September 23, 2016, the Court ordered that the Department of State ". . . shall continue to comply with the production schedule identified in the September 2015 Letter to DIBC and in the September 6, 2016 Joint Status Report" and further that the parties file a joint status report every ninety days regarding production of the documents responsive to the FOIA requests that remain incomplete in this case. The remaining requests are (a) F-2012-39005, relating to State Department approvals made under the International Bridge Act; (b) F-2013-05177, regarding the Boundary Waters Treaty between the United States and Canada; and (c) F-2013-09494, regarding agency records relating to and/or referencing three specific international bridges. In the past ninety days, the following productions have been made:

- On May 23, 2017, the State Department completed processing of 220 documents representing 959 pages of material; the Department determined 98 documents to be responsive to request F-2013-05177 and released 34 in full, 62 in part, and withheld 2 in full. The combined total of pages in documents released in full and in part was 400.

No other productions have been made since the parties' last filing.

With respect to DIBC's requests made in the December 22, 2016 status report and the State Department's compliance with the Court's order, the parties maintain their respective positions as set out in the status reports of December 22, 2016, and March 23, 2017. *See* Dkt. Nos. 33 & 34.

Dated: June 21, 2017

Respectfully submitted,

/s/ Hamish Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
T: (202) 237-2727
F: (202) 237-6131
hhume@bsfllp.com

CHANNING D. PHILLIPS
D.C. BAR # 415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:   /s/
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on upon the following counsel:

Benton G. Peterson
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.-Civil Division
Washington, D.C. 20530
T: (202) 252-2534
Benton.Peterson@usdoj.gov

Date: June 21, 2017

                                      Respectfully submitted,

                                      /s/ Hamish Hume